THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| FLEUR BRESLER, *et al.*,<br>    Plaintiffs,<br><br>v.<br><br>WILMINGTON TRUST COMPANY, *et al.*,<br>    Defendants. | Civil Action No.: 09-cv-02957-PJM<br>(lead case)<br>Consolidated with<br>Civil Action No.: 12-cv-03295-PJM |

### *DAUBERT* MOTION OF DEFENDANTS WILMINGTON TRUST COMPANY AND WILMINGTON BROKERAGE SERVICES COMPANY TO EXCLUDE THE EXPERT OPINIONS OF ALL PLAINTIFFS' PROFFERED EXPERTS

Pursuant to the Court's October 2, 2013 Order Granting Joint Motion for Entry of Order Setting Pre-Trial Briefing Schedule [ECF No. 485], Defendants Wilmington Trust Company and Wilmington Brokerage Services Company (collectively, "Wilmington") hereby respectfully move this Court to exclude the expert opinions of all Plaintiffs' expert witnesses for all purposes at trial. These proffered expert witnesses include Robert Pugh, Jeremy Green, Steve Masterson, and Randolph Whitelaw. Wilmington requests that the Court exclude these opinions on grounds that they fail to meet the threshold requirements of reliability and relevancy under Rule 702 of the Federal Rules of Evidence ("Rules") and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993). In support thereof, Wilmington attaches the accompanying memorandum of points and law.

Respectfully submitted,

K&L GATES LLP

By: _____/s/_____

Stavroula E. Lambrakopoulos, Esq.
Bar No. 023801
David T. Case, Esq.
*Pro Hac Vice*
R. James Mitchell, Esq.
Bar No. 017752
Adam C. Pollet, Esq.
*Pro Hac Vice*
K&L Gates LLP
1601 K Street NW
Washington, DC 20006
Tel. 202.778.9000
Fax. 202.778.9100

*Attorneys for Defendants Wilmington Trust Company and Wilmington Brokerage Services Company*

Dated: November 1, 2013