THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

FLEUR S. BRESLER, *et al.*,
      Plaintiffs.

v.

WILMINGTON TRUST COMPANY, *et al.*,
      Defendants.

Civil Action No.: 09-cv-02957-PJM
(lead case)
Consolidated with
Civil Action No.: 12-cv-03295-PJM

**JOINT PRETRIAL ORDER - ATTACHMENT B
DEFENDANTS' EXHIBIT LIST[1]**

| Pre-trial Ex. No. | Description | Bates Range |
|---|---|---|
| 1. | Deposition of C. Bresler, dated August 31, 2010 | N/A |
| 2. | *Bresler, et al. v. Wilmington Trust Company, et al.,* Second Amended Complaint, filed December 3, 2010 | N/A |
| 3. | *Bresler, et al. v. Wilmington Trust Company, et al.,* Verified Amended Complaint, filed November 23, 2009 | N/A |
| 4. | November 21, 2003 Letter from E. Ianni to C. Bresler | WT-0000765 - 768 |

JAN 1 5 2014

---

[1]    Defendants have included numerous documents herein based upon the anticipated need to rebut documents identified on Plaintiffs' proposed exhibit list. Defendants object to numerous exhibits identified by Plaintiffs on the basis of *inter alia,* relevance, authenticity, hearsay, parol, incompletion, and prejudice. Defendants reserve the right to strike any exhibit identified herein based on the outcome of motions *in limine* concerning the scope of the trial, and resolving Defendants' objections to Plaintiffs' exhibits.

    Plaintiffs have identified voluminous numbers of exhibits relating to other Wilmington Trust customers and prospective customers. Such exhibits involve irrelevant premium financing transactions involving different Wilmington Trust employees, different time periods, and different circumstances. Because Plaintiffs designations are so voluminous, Wilmington Trust does not herein designate rebuttal exhibits, but reserves its rights to do so pending the outcome of its motions *in limine.*

DC-9737263 v3

| Pre-trial Ex. No. | Description | Bates Range |
|---|---|---|
| 5. | November 10, 2003 Emails between E. Ianni and L. Shaiman | WT-0000397 - 398 <br> JAN 15 2014 |
| 6. | Charles S. Bresler Irrevocable Insurance Trust | BRES 001180 - 1208 |
| 7. | Investment Management Agreement | BRES 000107 - 112 |
| 8. | Collateral Pledge Agreement | BRES 000102 - 106 <br> JAN 10 2014 |
| 9. | Plaintiff Sidney Bresler Responses to First Requests for Admission from Defendant Wilmington Trust | N/A |
| 10. | January 16, 2004 Wire for $3.7 million from C. Bresler's Wachovia Account to the Wilmington Trust Collateral Account | BRES 001352 <br> JAN 10 2014 |
| 11. | January 20, 2004 Promissory Note | WT-0000269 - 271 <br> JAN 10 2014 |
| 12. | Midland Policy No. 1592008600, dated January 20, 2004 | BRES 000526 - 569 <br> JAN 15 2014 |
| 13. | Sun Life Policy No. 020095131, dated January 11, 2004 | BRES 000570 - 597 <br> JAN 15 2014 |
| 14. | Travelers Policy No. 7423290, dated January 14, 2004 | BRES 000598 - 624 <br> JAN 15 2014 |
| 15. | February 15, 2005 Letter from E. Ianni to L. Shaiman | BRES 000020 - 22 <br> JAN 10 2014 |
| 16. | March 3, 2005 Letter from E. Ianni to L. Shaiman | OBJV 000627 - 628 <br> JAN 10 2014 |
| 17. | February 3, 2006 Letter from R. Wileczek to C. Bresler | BRES 000483 - 484 <br> JAN 15 2014 |
| 18. | March 16, 2005 Email and attachments between G. Best to S. Bresler | WT-0007770 - 7799 <br> JAN 10 2014 |
| 19. | March 31, 2005 Collateral Account Statement | WT-0010337 - 10350 <br> JAN 22 2014 |
| 20. | March 23, 2005 Email between P. Wilson and S. Bresler | WT-0007721 <br> JAN 15 2014 |
| 21. | March 31, 2005 Trust Account Statement | WT0003836 - 3845 <br> JAN 22 2014 |
| 22. | November 16, 2005 Email from M. Waschull to S. Simonton and P. Atwater | WT-0007691 <br> JAN 15 2014 |
| 23. | Responses of the Estate of Charles Bresler to Wilmington Trust's First Requests for Admissions | N/A |

| Pre-trial Ex. No. | Description | Bates Range |
|---|---|---|
| 42. | March 3, 2006 Change in Terms Agreement | WT-0004367 - 4369 |
| 43. | January 20, 2004 Commercial Pledge Agreement | WT-0004373 - 4376 |
| 44. | January 20, 2004 Business Loan Agreement | WT-0004382 - 4386 |
| 45. | March 12, 2008 Change in Terms Agreement | WT-0002112 - 2114 |
| 46. | June 17, 2013 Change in Terms Agreement | N/A |
| 47. | September 26, 2011 Statement of Amendment to Domestic Registered Limited Liability Partnership, filed with Pennsylvania Department of State on behalf of Shaiman, Drucker, Beckman, Sobel, and Stutman LLP. | N/A |
| 48. | UCC-1 Financing Statement No. 181415841, Filed with the Maryland State Department of Assessments and Taxation | N/A |
| 49. | UCC-1 Financing Statement No. 2011 0889404, Filed with the Delaware Department of State March 10, 2011 | N/A |
| 50. | Amended UCC-1 Financing Statement Filed with the Maryland State Department of Assessments and Taxation on June 18, 2013 | N/A |
| 51. | Amended UCC-1 Financing Statement, No. 2013 2187558 Filed with the Delaware Department of State June 7, 2013 | N/A |
| 52. | November 10, 2013 Handwritten Notes | WT-0000820 |
| 53. | November 17, 2013 Handwritten Notes | WT-0000792 - 795 |
| 54. | December 3, 2003 Email from E. Ianni to D. Smith, R. Wileczek, A. Snook, P. Pistilli | WT-0000452 - 453 |
| 55. | December 3, 2003 Handwritten Notes | WT-0000839 - 841 |
| 56. | December 3, 2003 Handwritten Notes | WT-0000442 |
| 57. | Plaintiffs' Privilege Logs (including Bresler, ObjectiView, and Shaiman privilege logs) | N/A |

JAN 2 7 2014

JAN 2 7 2014

JAN 2 7 2014

JAN 1 0 2014

| Pre-trial Ex. No. | Description | Bates Range |
|---|---|---|
| 58. | Fleur S. Bresler 2009 Preservation Trust | BRES 002226 - 2249 |
| 59. | Fleur Bresler Insurance Applied For list | OBJV 001656 - 1657 |
| 60. | Fleur Bresler Authorization to Share | OBJV 001623 - 1624 |
| 61. | Fleur S. Bresler 2009 Preservation Trust MetLife Life Insurance Policy Information | OBJV 003857 - 3858 |
| 62. | March 8, 2010 Lincoln Benefit Life In-force Illustration | OBJV 003839 - 3845 |
| 63. | Fleur S. Bresler 2009 Preservation Trust Insurance Policies Premium Payments | OBJV 003828 |
| 64. | John Hancock Life Insurance Company Medical Exam Form of Fleur S. Bresler | OBJV 001627 - 1631 |
| 65. | Avivia Life Insurance Application of Fleur S. Bresler | OBJV 001766 - 1773 |
| 66. | ING Life Insurance Application of Fleur S. Bresler | OBJV 001858 - 1870 |
| 67. | Mass Mutual Life Insurance Application of Fleur S. Bresler | OBJV 001900 - 1911 |
| 68. | June 21, 2010 Complaint in *ADC Builders, Inc. v. Bresler & Reiner, Inc., et al.*, No. 334102V in the Circuit Court for Montgomery County, MD | N/A |
| 69. | January 10, 2011 Fourth Amended Complaint in *ADC Builders, Inc. v. Bresler & Reiner, Inc., et al.*, No. 334102V in the Circuit Court for Montgomery County, MD | N/A |
| 70. | 2011 Settlement Agreement and Release in *ADC Builders, Inc. v. Bresler & Reiner, Inc., et al.,* No. 334102V in the Circuit Court for Montgomery County, MD | N/A |
| 71. | Biography of S. Laurence Shaiman | N/A |
| 72. | Meeting Minutes dated November 21, 2003 | WT-NR-0020320 - 324 |

JAN 22 2014
JAN 22 2014
JAN 22 2014
JAN 22 2014
JAN 22 2014
JAN 22 2014
JAN 22 2014
JAN 22 2014
JAN 22 2014

5

| Pre-trial Ex. No. | Description | Bates Range |
|---|---|---|
| 73. | Switzky, Bryant R., *Onetime real estate stalwart Bresler & Reiner is in 'wind down' mode after overzealous expansion before the downturn*, Wash. Bus. Journal, Nov. 18, 2011 | N/A |
| 74. | Form 10-K of Bresler & Reiner Inc., March 31, 2008 | N/A |
| 75. | December 23, 2005 Letter to Carol Bresler | BRESLER 005818 |
| 76. | September 11, 1979 Life Insurance Trust Agreement | N/A |
| 77. | June 6, 1982 First Amendment to September 11, 1979 Life Insurance Trust Agreement | N/A |
| 78. | October 5, 1984 Second Amendment to September 11, 1979 Life Insurance Trust Agreement | |
| 79. | December 23, 2005 Letter to Carol Bresler | BRESLER 0005818 |
| 80. | December 27, 2004 Letter to Carol Bresler | BRESLER 0005819 |
| 81. | December 19, 2003 Letter to Carol Bresler | BRESLER 0005820 |
| 82. | January 4, 2002 Letter to Carol Bresler | BRESLER 0005821 |
| 83. | December 12, 2000 Letter to Carol Bresler | BRESLER 0005822 |
| 84. | December 22, 1999 Letter to Carol Bresler | BRESLER 0005823 |
| 85. | December 15, 1998 Letter to Carol Bresler | BRESLER 0005824 |
| 86. | May 15, 1997 Letter to Carol Bresler | BRESLER 0005825 |
| 87. | December 13, 1995 Letter to Carol Bresler | BRESLER 0005826 |
| 88. | October 27, 1994 Letter to Carol Bresler | BRESLER 0005827 |
| 89. | January 12, 1990 Letter to Children | BRESLER 0005828 |
| 90. | December 15, 1989 Letter to Carol Bresler | BRESLER 0005829 |
| 91. | Wachovia Trust Statement | BRESLER 0005830 |

JAN 2 2 2014
JAN 2 2 2014
JAN 2 2 2014
JAN 1 6 2014
JAN 2 2 2014
JAN 1 6 2014

| Pre-trial Ex. No. | Description | Bates Range |
|---|---|---|
| 92. | Tax Returns for the Estate of Charles Bresler and supporting schedules | ARONSON000001 - 380 |
| 93. | Tax Returns of Charles and Fleur Bresler | ARONSON000381 - 738 |
| 94. | Handwritten notes dated March 10, 2005 | WT-0001336 - 1337 |
| 95. | Katz and Kosierowski, Premium Financing For Leveraged Life Insurance: Not for the Faint of Heart, *Trusts and Estates*, April 2002. | N/A |

JAN 2 7 2014

**FLEUR  S. BRESLER, et al**

**vs.**

**WILMINGTON TRUST, et al**

Civil  No. PJM-09-2957                                        **Defendants' Exhibits**

| Exhibit No. | Identification | Admitted | Description | |
|:---:|:---:|:---:|:---:|:---:|
| 96 | 1/10/2014 | 1/10/2014 | Email from Ianni dated 3/21/05 to M. Waschull | ✓ |
| 98 | 1/10/2014 | 1/10/2014 | Boarding Data Sheet | ✓ |
| 99 | 1/10/2014 | 1/10/2014 | Loan Committee document datd 01/14/04 | ✓ |
| 101 | 1/22/2014 | 1/22/2014 | Note on Wilmington Trust memo – "Telling them to pay preminum" | ✓ |
| 200 | 1/17/2014 | 1/17/2014 | Report of Robert E. Pugh | ✓ |
| 205 | 1/16/2014 | 1/16/2014 | Life Insurance Preminum paid by Wilmington | ✓ |
| 208 | 1/22/2014 | 1/22/2014 | Email from Ianni dated 12/21/04 to Shaiman | ✓ |
| 217 | 1/27/2014 | 1/27/2014 | Letter dated 3/13/09 to policy owner | ✓ |
| 218 | 1/27/2014 | 1/27/2014 | Letter dated 3/13/09 to Christina Carter | ✓ |
| 219 | 1/27/2014 | 1/27/2014 | Letter dated 3/313/09 to Policy Holder Services | ✓ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Exhibit List (Rev. 3/1999)