IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **FLEUR S. BRESLER,** *as Co-Personal Representative of the Estate of Charles S. Bresler*, **and SIDNEY BRESLER,** *Individually and as Co-Personal Representative of the Estate of Charles S. Bresler* | * * * * * * * | |
| Plaintiffs | * * | Civil No.   **PJM 09-2957** |
| v. | * * | |
| **WILMINGTON TRUST COMPANY,** *et al.* | * * * | |
| Defendants | * | |

___

| | | |
|---|---|---|
| **FLEUR S. BRESLER,** *as Co-Personal Representative of the Estate of Charles S. Bresler*, **and SIDNEY BRESLER,** *as Co-Personal Representative of the Estate of Charles S. Bresler* | * * * * * * | |
| Plaintiffs | * * | Civil No.   **PJM 12-3295** |
| v. | * * | |
| **WILMINGTON TRUST COMPANY** | * * * | |
| Defendant | * | |

### **ORDER**

Upon consideration of certain various post-trial motions of the parties, it is, for the reasons stated in the accompanying Opinion of even date, this 24th day of March, 2015,

**ORDERED**

1. Defendants' *Daubert* Motion to Exclude the Expert Opinions of All Plaintiffs' Proffered Experts (Paper No. 501), renewed at trial, is **DENIED**;

2. Plaintiffs' Motion to Strike Declaration of Kevin Stephens (Paper No. 609) is **GRANTED**.  Defendants' Motion to Strike Plaintiffs' Reply Brief Supporting Motion to Strike Declaration of Kevin Stephens (Paper No. 631) is **DENIED**;

3. Plaintiffs' Motion to Disregard Wilmington Trust Company's Supplement to Post-Trial Hearing (Paper No. 649) is **GRANTED**;

                                                       /s/                       
                                              **PETER J. MESSITTE**
                                          **UNITED STATES DISTRICT JUDGE**