**PETER J. MESSITTE**                                                                              6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE                                    GREENBELT, MARYLAND 20770
                                                                                                             301-344-0632

## MEMORANDUM

TO:        Counsel of Record

FROM:     Judge Peter J. Messitte

RE:        <u>Bresler v. Wilmington Trust Co., *et. al.*</u>, Civil No. PJM 09-2957; PJM 12-3295

DATE:     July 8, 2015

∗ ∗ ∗

Having issued its Opinion and Order regarding the award of pre- and post-judgment interest, the Court understands that all issues have now been addressed as it relates to the contract claims in these dockets.

Accordingly, Counsel are directed to consult with one another and draft a Final Order of Judgment reflecting all of the Court's previous Orders, including an Ordering Paragraph for the return to Plaintiffs of the money held in the collateral account, at whatever amount it currently stands.

Counsel shall submit a draft Final Order of Judgment within 30 days of the date of this Memorandum.

                                                       /s/
                                    PETER J. MESSITTE
                         UNITED STATES DISTRICT JUDGE

cc:        Court File