FILED: April 20, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2086
(8:09-cv-02957-PJM)

_____

FLEUR S. BRESLER, as the Co-Personal Representative of the Estate of Charles S. Bresler; SIDNEY BRESLER, Individually, as a Beneficiary of the Charles S. Bresler Irrevocable Insurance Trust; SIDNEY M. BRESLER, as the Co-Personal Representative of the Estate of Charles S. Bresler

      Plaintiffs - Appellees

v.

WILMINGTON TRUST COMPANY

      Defendant - Appellant

and

WILMINGTON BROKERAGE SERVICES COMPANY, a/k/a Wilmington Trust Brokerage; HIGHLAND CAPITAL BROKERAGE, INC., a/k/a Highland Capital Brokerage; EDMOND IANNI; RALPH WILECZEK; MATTHEW WASCHULL; RICHARD BIBOROSCH

      Defendants

_____

## J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK